UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X
                                   :

R.R.M.C.,                                                              :

                     Petitioner,                    :

                                   :          26-MC-114 (JMF)

        -v-                                                       :

                                   :          <u>ORDER</u>

PAMELA BONDI,                                                         :

                                   :

                     Respondent.                 :

                                   :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

By Order dated March 13, 2026, the United States Court of Appeals for the Second Circuit appointed the undersigned as a special master to conduct further proceedings and to recommend findings of fact regarding (1) whether Petitioner was flown to and from Honduras on January 26, 2026 as he has alleged; and (2) whether any counsel, party, or declarant has made a knowing and material misrepresentation to the Court in connection with this allegation.  The parties shall appear for a conference with the Court on **March 18, 2026**, at **2:15 p.m.**

The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key.  When prompted for an attendee ID number, press the pound (#) key again.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

No later than **March 17, 2026**, at **5 p.m.**, the parties shall file a joint letter with their views on:

1. How the Court should proceed in connection with this matter, including whether and when the Court should require the parties to submit sworn declarations and/or hold an evidentiary hearing and, as appropriate, who should be required to submit declarations or testify;

2. Whether or to what extent the public should be provided access to the documents referenced in the Order of the Court of Appeals (Docket Nos. 33, 38, 39, 40, 41, 42, 43, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, and 63); and

3. Whether the limitations on remote access to electronic files otherwise applicable in this case, see FED. R. CIV. P. 5.2(c); FED. R. APP. P. 25(a)(5), should lifted, such that all filings would be electronically available to the public, except as ordered by the Court on a document-by-document basis in accordance with the procedures set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

**Pending the Court's determination of whether the docket in this matter should be subject to restricted access, the parties should email their joint letter to the Court at Furman_NYSD Chambers@nysd.uscourts.gov rather than filing it on ECF.**

In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the date of the parties' next scheduled appearance before the Court. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Counsel shall promptly, and no later than **March 17, 2026**, at **5 p.m.**, file either a notice of appearance on the docket or a motion to appear *pro hac vice*.

SO ORDERED.

Dated: March 16, 2026
New York, New York

JESSE M. FURMAN
United States District Judge

2