UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                               :

R.R.M.C.,                                       :

                        :

                 Petitioner,            :

                        :             26-MC-114 (JMF)

        -v-                               :

                        :                <u>ORDER</u>

PAMELA BONDI,                          :

                        :

                Respondent.       :

                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge and Special Master:

As stated on the record during the teleconference held yesterday:

- On consent of the parties, the viewing restrictions that would otherwise apply pursuant to Fed. R. Civ. P. 5.2(c) and Fed. R. App. P. 25(a)(5) are hereby lifted so that all filings are electronically available to the public, except as ordered by the Court on a document-by-document basis in accordance with the procedures set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

- Petitioner's request to proceed using his initials is granted on consent. All future filings, unless made under seal, shall either use Petitioner's initials or omit or redact Petitioner's name.

- **No later than March 20, 2026**, Petitioner shall publicly file copies of the documents transmitted to the Special Master from the Court of Appeals ("COA"), *see* ECF No. 1, subject to the following exceptions: (1) the document filed in the COA at Docket No. 62 shall be filed under seal; (2) the documents filed in the COA at Docket Nos. 58 and 68 shall be filed under seal pending a decision by the COA in the first instance on Respondent's pending motion to seal those documents, *see* COA Docket No. 69; and (3) Petitioner's name shall be redacted from all documents, whether filed publicly or under seal (insofar as the Court may later unseal the latter).

- Going forward, the parties shall promptly file courtesy copies of any relevant filings in the COA or Orders issued by the COA.

- **No later than March 20, 2026**, the parties shall confer in good faith and jointly file a proposed protective order governing discovery in this matter. In the event the parties cannot agree upon a proposed protective order, they should each file a proposed order

and a joint letter explaining any disagreements.

- **No later than March 20, 2026**, Respondent shall file a letter showing cause as to why Petitioner should not be transferred to the New York City area to facilitate communication with counsel and to ensure that he is available for any hearing in this matter. Absent such a letter, the Special Master will enter an order directing Petitioner's transfer.

- The Special Master will focus in the first instance on the question of "whether Petitioner was flown to and from Honduras on January 26, 2026 as he has alleged." ECF No. 1, at 2.

- **No later than March 23, 2026**, Petitioner shall serve discovery requests on Respondent in the form of requests for production of documents, interrogatories, and/or requests to admit, limited to the documents Petitioner referenced in the parties' joint letter of March 17, 2026, *see* ECF No. 9, and the following five categories of people potentially relevant to this matter: (1) any officers and contractors who were aboard the buses that took Petitioner between Winn Correctional Center and the staging area and/or any officers and contractors who assisted with processing detainees on or off the buses on January 26, 2026; (2) any officers and contractors who were on board removal flights between Alexandria and Honduras on January 26, 2026; (3) any person who saw or communicated with Petitioner in Alexandria after any removal flights to Honduras departed on January 26, 2026; (4) any other officers or contractors who were present with Officers Williams, Arbuco, and Davis when they spoke to Petitioner on January 28, 2026; and (5) any other passengers on board removal flights between Alexandria and Honduras on January 26, 2026.

- **No later than April 13, 2026**, Respondent shall produce the requested discovery. Any disputes over the scope of discovery obligations shall be resolved pursuant to Section 3(D) of this Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. Specifically, any party wishing to raise a discovery dispute with the Court must first confer in good faith with the opposing party, in person or by telephone, in an effort to resolve the dispute. If this meet-and-confer process does not resolve the dispute, the party seeking discovery shall promptly file on ECF a letter-motion, no longer than three pages, explaining the nature of the dispute and, if applicable, why the party is entitled to relief and requesting an informal conference. Any letter-motion seeking relief must include a representation that the meet-and-confer process occurred and was unsuccessful. Given the expedited timelines, any opposition to a letter-motion seeking relief shall be filed as a letter, not to exceed three pages, within **one business day**.

- **No later than April 17, 2026**, the parties shall file a joint letter addressing next steps, including whether the Special Master should hold an evidentiary hearing. If either party believes an evidentiary hearing is warranted, the joint letter should address the date(s), length, and format of such a hearing.

- Finally, the parties have consented to the Special Master communicating *ex parte* with the members of the COA panel that entered the order of appointment. The Special Master finds that such communications fall within the scope of the Special Master's authority under Rule 48 of the Federal Rules of Appellate Procedure to "tak[e] all appropriate action for the efficient performance of the master's duties under the order." Fed. R. App. P. 48(a)(2).

SO ORDERED.

Dated: March 19, 2026
      New York, New York

                                              JESSE M. FURMAN
                        United States District Judge and Special Master