UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                 :

R.R.M.C.,                                 :

                   :

            Petitioner,         :

                                 :                26-MC-114 (JMF)

         -v-                         :

                                 :       MEMORANDUM OPINION

PAMELA BONDI,                  :           AND ORDER

                                 :

            Respondent.        :

                                 :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge and Special Master:

On March 19, 2026, the Special Master directed Respondent to "file a letter showing cause as to why Petitioner should not be transferred to the New York City area to facilitate communication with counsel and to ensure that he is available for any hearing in this matter." ECF No. 10, at 2. On March 20, 2026, Respondent filed a letter purporting to show such cause, *see* ECF No. 14, and on March 25, 2026, Petitioner filed a response, *see* ECF No. 20.

The Special Master agrees with Petitioner that it has authority, and should exercise that authority, to order his transfer to the New York City area. Respondent's jurisdictional argument was rejected by the Second Circuit in *Mahdawi v. Trump*, 136 F.4th 443, 453-54 (2d Cir. 2025), and *Ozturk v. Hyde*, 136 F.4th 382, 394-96 (2d Cir. 2025), cases that Respondent ignores in her submission. And given the need for Petitioner to assist counsel in reviewing the discovery in this case, and the likelihood that he will be needed to testify at an evidentiary hearing, transfer would plainly effectuate the "efficient performance of the master's duties," FED. R. APP. P. 48(a)(2).

Accordingly, Respondent is hereby ORDERED to transfer Petitioner from to the New York City area **no later than April 13, 2026**. Further, upon transfer, Respondent is ORDERED to detain Petitioner in a facility within this District, the Eastern District of New York, or the

2

District of New Jersey that is proximate to New York City and to provide Petitioner's counsel

with reasonable in-person access to him.


      SO ORDERED.

Dated: March 26, 2026
       New York, New York

_____

JESSE M. FURMAN
United States District Judge and Special Master

2