

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878

---

<u>**Via CM/ECF**</u>                                                April 3, 2026

Hon. Jesse M. Furman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:  *R.R.M.C. v. Blanche*, Case No. 26-mc-00114 (JMF)
>      Substitution of party in official capacity

Dear Judge Furman:

Please take notice that the office of Attorney General, previously held by

Pamela Bondi, is now exercised by Todd Blanche, Acting Attorney General, who is

automatically substituted as Ms. Bondi's successor. Fed. R. App. P. 43(c)(2).

Accordingly, this Court should update the caption of this proceeding so that the

Respondent is now "Todd Blanche, Acting United States Attorney General."

                                        Respectfully submitted,

**Brett A. Shumate**                    s/Christopher Ian Pryby
Assistant Attorney General              **Christopher Ian Pryby**
                                        California Bar No. 334613
**Anthony C. Payne**                    D.C. Bar No. 90030774
Assistant Director                      Trial Attorney
                                        Office of Immigration Litigation
**Jeffery R. Leist**                    Civil Division
Senior Litigation Counsel               U.S. Department of Justice
                                        P.O. Box 878, Ben Franklin Station
                                        Washington, DC 20044-0878
                                        (202) 598-5526
                                        christopher.i.pryby@usdoj.gov

                                        *Counsel for Respondent*

cc: Perry Hall McAninch
    Sayoni Maitra
    Amy Rebecca Pont