

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878

---

<u>**Via CM/ECF**</u>                                                      May 29, 2026

Hon. Jesse M. Furman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:   *R.R.M.C. v. Blanche*, Case No. 26-mc-00114 (JMF)
>        Joint letter on status of discovery and proposed next steps

Dear Judge Furman:

In accordance with this Court's order of April 27, 2026 (ECF 33), the parties submit this joint letter with a summary of the current status of discovery and their views on next steps for these proceedings.

**1.     Status of Discovery**

The Attorney General has produced the three documents in response to Petitioner's RFP 4 that could not previously be produced because of a technical issue with those documents.

The Attorney General made attempts to procure responses to Petitioner's interrogatories from all those identified in lists 1(a) and 1(b) produced in response to Petitioner's RFP 1. All but two of those individuals provided responses, which were produced to Petitioner on a rolling basis between May 4 and May 8, 2026.

Counsel for the Attorney General has spoken by phone with the remaining two individuals, who are a former employee of a contractor and a current employee of another contractor. The first individual initially agreed to provide a response but

since then has failed to reply to follow-up messages by email or voicemail. The second individual expressly declined to provide a response. Because the Attorney General could not obtain those responses despite inquiry, the Attorney General's position is that he is unable to provide those individuals' responses.

Because of the time taken to obtain those interrogatory responses or nonresponses, Petitioner has requested to postpone the service of the parties' mutual discovery requests until May 29, 2026, with a tentative two-week deadline for responses. The Attorney General has agreed to that revised schedule.

## 2.    Next Steps

The parties believe another joint letter, updating this Court as to the status of discovery and their views on next steps, would be appropriate three weeks after the discovery requests are served. The parties therefore propose a deadline of June 19, 2026, for that letter.

Respectfully submitted,

s/ Sayoni Maitra[1]

**Perry Hall McAninch**
**Sayoni Maitra**
**Amy Rebecca Pont**
The Legal Aid Society
Immigration Law Unit
49 Thomas Street, Fifth Floor
New York, NY 10013
(929) 219-6697
pmcaninch@legal-aid.org

*s/* Marc L. Greenwald

**Marc L. Greenwald**
295 Fifth Avenue
New York, NY 10016
Tel.: (212) 849-7000
marcgreenwald@quinnemanuel.com

**Brett A. Shumate**
Assistant Attorney General

**Anthony C. Payne**
Assistant Director

**Jeffery R. Leist**
Senior Litigation Counsel

s/Christopher Ian Pryby

**Christopher Ian Pryby**
California Bar No. 334613
D.C. Bar No. 90030774
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 598-5526
christopher.i.pryby@usdoj.gov

*Counsel for Petitioner*

*Counsel for Respondent*

The parties shall submit a joint letter updating the Court on the status of discovery and proposed next steps **no later than June 18, 2026.** (June 19th is a federal holiday.) Unless and until the Court orders otherwise, the parties shall then appear for a conference - in Courtroom 24B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY - on **June 23, 2026**, at **3:15 p.m.**

SO ORDERED.

May 29, 2026

---

[1] Signed by Christopher Ian Pryby with permission.

3