

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878

---

**Via CM/ECF**                                                    June 18, 2026

Hon. Jesse M. Furman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:   *R.R.M.C. v. Blanche*, Case No. 26-mc-00114 (JMF)
>        Joint motion to adjourn status conference and to hold it by
>        telephone

Dear Judge Furman:

The parties request an adjournment of the in-person conference currently
scheduled for June 23.[1] *See* ECF No. 36, at 3. There have been no previous requests
for an adjournment of the conference.

The parties request this adjournment to allow them additional time to meet
and confer on any objections to the discovery requests before the status conference,
so that this Court may discuss any objections at the conference. The adjournment
would also allow the parties to take any appropriate steps with respect to the
eyewitness and potential eyewitness the Attorney General has identified in this
matter. *See* ECF No. 37, at 2–3 (joint letter of June 18). That extra time would be
helpful because the information provided by one eyewitness came to the Attorney
General's attention only two days ago, on June 16. The parties would be more

---

[1] All dates in this letter-motion are in the year 2026 unless otherwise specified.

prepared for a thorough discussion with this Court about the possibilities for presenting eyewitness testimony.

The parties propose that the week of July 6 would provide adequate time for the above. At least two counsel for the Petitioner are available on any date the week of July 6. The Attorney General would prefer the conference occur on July 10 unless the conference is held by telephone. The Attorney General's counsel are not based in New York, Anthony Payne has preplanned travel beginning on July 2 and with an unknown end date, and Jeffery Leist must remain in Washington for childcare responsibilities on July 6 through July 9. If this Court adjourns the conference until July 6, 7, 8, or 9, holding the conference by phone would therefore allow two counsel for the Attorney General—Christopher Pryby and Jeffery Leist—to participate in the conference on equal footing with counsel for the Petitioner. The Petitioner does not oppose the Attorney General's request for the conference to occur on July 10 or, in the alternative, to be held by phone on another date that week.

2

Respectfully submitted,

s/Sayoni Maitra*
**Perry Hall McAninch**
**Sayoni Maitra**
**Amy Rebecca Pont**
The Legal Aid Society
Immigration Law Unit
49 Thomas Street, Fifth Floor
New York, NY 10013
(929) 219-6697
pmcaninch@legal-aid.org

s/Marc L. Greenwald*
**Marc L. Greenwald**
**Kaitlyn E. Flynn** (*admission
pending*)
**Grant Strudwick** (*admission
pending*)
Quinn Emanuel Urquhart & Sullivan,
LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7000
marcgreenwald@quinnemanuel.com

*Counsel for Petitioner*

**Brett A. Shumate**
Assistant Attorney General

**Anthony C. Payne**
Assistant Director

**Jeffery R. Leist**
Senior Litigation Counsel

s/Christopher Ian Pryby
**Christopher Ian Pryby**
California Bar No. 334613
D.C. Bar No. 90030774
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 598-5526
christopher.i.pryby@usdoj.gov

*Counsel for Respondent*

Application GRANTED. The conference is hereby ADJOURNED to July 6, 2026, at 3 p.m. and will be held by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, no later than 24 hours before the conference, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

The parties shall submit a joint letter updating the Court on the status of discovery and proposed next steps no later than the Thursday before the conference.

The Clerk of Court is directed to terminate ECF No. 38.                SO ORDERED.

* Signed by Christopher Ian Pryby with permission.

3

June 22, 2026