UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.R.M.C., Petitioner, -v- TODD BLANCHE et al., Respondents. | 26-MC-114 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge and Special Master:

As stated on the record during the teleconference held earlier today:

- Respondents' motion to stay discovery, *see* ECF No. 44, is DENIED.
- **No later than July 13, 2026**, Respondents are directed to file proposed subpoenas ordering the two putative and potential eyewitnesses to appear for depositions. For the detained eyewitness, the subpoena should set a deposition for a date during the week of July 20th, with the understanding that it may be postponed to the following week if counsel for the deponent is unavailable the week of July 20th. Respondents shall file a letter notifying the Court immediately if the deposition for the detained eyewitness is postponed and shall secure videographers for both depositions.
- **No later than July 24, 2026**, the parties shall complete all outstanding discovery, including interrogatories, depositions, and any document discovery. The sole exception, as noted above, is that the detained eyewitness's deposition may be completed the following week if his counsel is unavailable the week of July 20th.
- Assuming all depositions are completed by July 24, 2026, the parties are directed to

file a joint letter **no later than July 29, 2026**, that proposes next steps (including whether the Court should hold an evidentiary hearing) and identifies any additional depositions that either party proposes taking. If the parties propose additional depositions, the joint letter should proffer the name of the proposed deponent and what information they are expected to provide. If the detained eyewitness's deposition is postponed, the joint letter shall be filed **no later than August 3, 2026**, instead.

The Clerk of Court is directed to terminate ECF No. 44.

SO ORDERED.

Dated: July 9, 2026
New York, New York

JESSE M. FURMAN
United States District Judge and Special Master