**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878

**Via CM/ECF** July 27, 2026

Hon. Jesse M. Furman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *R.R.M.C. v. Blanche*, Case No. 26-mc-00114 (JMF)
Motion for leave to seal certain exhibits filed in response to motion to compel

Dear Judge Furman:

In accordance with this Court's Individual Rules and Practices in Civil Cases, § 7(C), Respondent moves for leave to seal Exhibits B, D, and E to the subsequently filed Respondent's opposition to Petitioner's motion to compel (ECF 59).

This motion is made at Petitioner's request after conference by email on July 27. Petitioner's counsel has been informed of the need to file a letter within three business days explaining the need to seal or redact the exhibits.

Respectfully submitted,

s/Christopher Ian Pryby
**Christopher Ian Pryby**
California Bar No. 334613
D.C. Bar No. 90030774
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 598-5526
christopher.i.pryby@usdoj.gov

*Counsel for Respondent*

**Brett A. Shumate**
Assistant Attorney General

**Benjamin Mark Moss**
Acting Senior Counsel for District-Court Litigation

**Anthony C. Payne**
Assistant Director

**Jeffery R. Leist**
Senior Litigation Counsel

The motion to file under seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motions. The Clerk of Court is directed to terminate ECF No. 66.

SO ORDERED

July 27, 2026