UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| R.R.M.C., Petitioner, -v- TODD BLANCHE et al., Respondents. | | 26-MC-114 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge and Special Master:

On August 3, 2026, the parties submitted a joint letter informing the Special Master of their views on next steps in this matter, including whether an evidentiary hearing should be held. ECF No. 79. **Upon review of the parties' submissions, the Special Master concludes that there remains a factual dispute that requires an evidentiary hearing.**

Beyond that, the Special Master orders as follows:

1. The parties shall appear for a conference on **August 6, 2026, at 3:00 p.m.** At that conference, the parties should be prepared to discuss (1) the date, length, and format of the evidentiary hearing; (2) whether the Special Master should grant leave to take additional depositions; (3) if it does, deadlines for those depositions; and (4) deadlines for the submissions discussed below. The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Special Master with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

2. By **a date to be determined**, the parties shall file a Joint Pre-Hearing Order, including any and all information relevant to the hearing referenced in the Court's Individual Rules and Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman) with respect to Joint Pretrial Orders.

3. By the **same date**, the parties shall each file Proposed Findings of Fact. As there may be

no opportunity for post-hearing submissions, the Proposed Findings of Fact should be detailed and should include citations to the anticipated hearing testimony and exhibits. **The parties may not submit additional memoranda of law (before or after hearing) without leave of the Special Master.**

4. By the **same date**, the parties shall also serve, *but not file*, all deposition excerpts that will be offered as substantive evidence, as well as a one-page synopsis (with transcript citations) of those excerpts for each deposition.

5. By the **same date**, the parties shall provide the Special Master with an electronic copy of all potential exhibits (with each filename corresponding to the relevant exhibit number — e.g., "PX-1," "RX-1," etc.) by email to Furman_NYSDChambers@nysd.uscourts.gov. If the files are too large for submission by email, the parties shall use the Court's file transfer protocol in accordance with Paragraph 1(C) of the Court's Individual Rules and Practices in Civil Cases. The parties shall also provide, by email to the Special Master, a Microsoft Word document listing all exhibits sought to be admitted. The list shall contain four columns labeled as follows: (1) "Exhibit Number"; (2) "Description" (of the exhibit); (3) "Date Identified"; and (4) "Date Admitted." The parties shall complete the first two columns, but leave the third and fourth columns blank, to be filled in by the Special Master during the hearing.

SO ORDERED.

Dated: August 4, 2026
New York, New York

JESSE M. FURMAN
United States District Judge and Special Master