UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                            :

R.R.M.C.,                                                :

                           Petitioner,            :

                                              :            26-MC-114 (JMF)

        -v-                                  :

                                              :              ORDER

TODD BLANCHE et al.,                    :

                                            :

                         Respondents.       :

                                            :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge and Special Master:

As stated on the record during the teleconference held earlier today:

- **No later than August 11, 2026**, Respondents shall provide Petitioner with a list of witnesses they intend to call at the evidentiary hearing and each potential witness's availability for a deposition.

- The parties shall then confer and **no later than August 14, 2026**, file a joint letter proposing a list of the people each side intends to depose and deadline by which such depositions will be completed.  The parties should schedule the depositions to ensure there is enough time to serve and/or file the documents described in the Court's August 4, 2026 Order (ECF No. 83) by the deadlines listed below.  If there are depositions the parties wish to and can take before August 14, 2026, they should promptly confer and do so.

- The parties shall file their Joint Pre-Hearing Order and Proposed Findings of Fact no later than **September 16, 2026**.  **By the same date**, the parties shall also: (1) serve, but not file, all deposition excerpts that will be offered as substantive evidence, as well as a one-page synopsis (with transcript citations) of those excerpts for each deposition; and (2) provide the Special Master with an electronic copy of all potential exhibits and a Microsoft Word document listing all exhibits sought to be admitted. *See* ECF No. 83.

- The parties shall appear for a final pre-hearing conference on **September 18, 2026, at 10:00 a.m.**  The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee

ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Special Master with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

- Finally, the evidentiary hearing will be held on **September 22, 2026, beginning at 9:30 a.m.** in Courtroom 24B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY.

SO ORDERED.

Dated: August 6, 2026
      New York, New York

                                     JESSE M. FURMAN
                                 United States District Judge