**<u>Via CM/ECF</u>** August 14, 2026

Hon. Jesse M. Furman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *R.R.M.C. v. Blanche*, Case No. 26-mc-00114 (JMF)
Joint letter on proposed depositions; deadline for taking remaining depositions; status of LaSalle witnesses

Dear Judge Furman:

In accordance with this Court's order of August 6, 2026 (ECF 85), the parties submit this joint letter proposing a list of the people each side intends to depose and the deadline by which such depositions will be completed. In accordance with this Court's order of August 12, 2026 (ECF 88), Respondent provides an update on the status of the LaSalle potential witnesses.

**1. Petitioner's proposed depositions.**

As previously indicated, Petitioner proposed deposing two witnesses, plus any witnesses the government intends to rely on at the hearing. Dkt. 79 at 1.

Petitioner intends to depose the following 15 individuals. Respondent intends to call all but one of the following individuals in his case-in-chief, subject to the notes below:[1]

- Darrick Brown (ICE employee)
- Christopher Robinson (ICE employee)
- Ronnie Downey (ICE employee)
- Ryan Davis (ICE employee)
- Justin Williams (ICE employee)
- Shawn Crow (TSA Federal Air Marshal)
- Elicia Jones[2] (TSA Federal Air Marshal)

---

[1] Respondent notes that he also intends to call the two already-deposed witnesses, Santiago de Jesus Gutierres-Amador and Santos Rosales-Ortiz, in his case-in-chief.
[2] Respondent does not intend to call Ms. Jones in his case-in-chief.

- Sean Craig (Vighter contractor—flight nurse)
- Jannie Tucker-Ealy (GEO Group contractor)
- Narvin Powell, Jr. (LaSalle transportation officer)
- LaShonda Sapp (LaSalle transportation officer)
- Tiffani Martin (LaSalle transportation officer)
- Matt Mathews (LaSalle transportation officer)
- Eleazar Garcia (Winn Correctional Center warden)
- Kenneth Ashworth (FAA litigation investigator)

Today, at Petitioner's request, Respondent provided Petitioner a list of topics that each witness will testify to. Because of recent difficulties contacting LaSalle, Respondent designated all four transportation officers in his witness list, but Respondent is hopeful that he will not need to call all of them.

Respondent also notes that he has proposed certain factual stipulations and stipulations to admissibility of certain documents that will reduce the need to present certain witnesses or the time needed for their testimonies. The parties have met and conferred about those proposals, and they will meet and confer as depositions progress. Respondent desires to reduce as much as possible the number of witnesses whose testimony will be needed and is hopeful that, following the depositions, Petitioner will stipulate to facts or the admissibility of documents for which, but for a stipulation, a witness's testimony would be needed.

**2. Respondent's proposed depositions.**

Respondent proposes to depose the following individuals:

- Petitioner
- Ambien Mitchell
- One of Petitioner's family members identified in his second amended response to Respondent's Interrogatory No. 21, to be designated by Respondent after Petitioner's deposition

Respondent reiterates the reasons stated in his portion of the joint letter submitted August 3, 2026, for deposing these individuals. *See* ECF 79, at 5.

Petitioner objects that the deposition of any family member is unwarranted and not relevant, including because Petitioner's family members lack firsthand

knowledge of what occurred at the airport on January 26, 2026. Respondent's request appears based on Petitioner's interrogatory response stating that he "told his family members he had been flown to Honduras on January 26, 2026 and then returned to the United States … that same day." Dkt. 82-9 at 15. There is no evidence or any reason to suspect that Petitioner described anything different. Any deposition would be a pure fishing expedition.

**3. The parties' proposed deadline for depositions.**

The parties have agreed on a deadline of September 4, 2026, for the taking of all depositions. In the event of an unexpected scheduling problem, a contingency deadline of September 9, 2026, would apply to those deponents for whom the unexpected problem arose.

**4. Respondent's update on the LaSalle potential witnesses.**

LaSalle's counsel contacted Respondent on August 13, 2026, and proposed Warden Garcia (listed above) as the witness to testify with respect to documents kept at Winn Correctional Center. Respondent requested LaSalle's counsel to provide deposition availabilities for the four transportation officers and warden. LaSalle's counsel responded with availabilities for all five individuals on the morning of August 14, 2026. Respondent has provided those dates to Petitioner.

The parties' proposed deadline(s) to complete the depositions set forth herein is/are adopted. The parties should meet and confer immediately after Petitioner's deposition in an effort to resolve any remaining dispute over the deposition of Petitioner's family member, if Respondent still wishes to take it. The parties are strongly encouraged to agree on stipulations to minimize the number of witnesses who have to testify. In the Special Master's view, the critical witnesses are those who claim to have firsthand knowledge of Petitioner's whereabouts; as to any others (e.g., custodial witnesses), stipulations would serve to streamline the hearing. The parties should also be attentive to cumulativeness concerns as they compile their final witness lists for the hearing.

SO ORDERED.

August 17, 2026

Respectfully submitted,

s/Sayoni Maitra*
**Sayoni Maitra**
**Perry Hall McAninch**
**Amy Rebecca Pont**
The Legal Aid Society
Immigration Law Unit
49 Thomas Street, Fifth Floor
New York, NY 10013
(929) 656-1667
smaitra@legal-aid.org

s/Marc L. Greenwald*
**Marc L. Greenwald**
**Dylan I. Scher**
**Kaitlyn E. Flynn**
**Grant Strudwick**
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7000
marcgreenwald@quinnemanuel.com

*Counsel for Petitioner*

**Brett A. Shumate**
Assistant Attorney General

**Benjamin Mark Moss**
Acting Senior Counsel for District-Court Litigation

**Anthony C. Payne**
Assistant Director

**Jeffery R. Leist**
Senior Litigation Counsel

s/Christopher Ian Pryby
**Christopher Ian Pryby**
California Bar No. 334613
D.C. Bar No. 90030774
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 598-5526
christopher.i.pryby@usdoj.gov

*Counsel for Respondent*

* Signed by Christopher Ian Pryby with permission.