The motion to compel is GRANTED. Petitioner is hereby ORDERED to serve a response to the interrogatory, even if that response merely invokes the Fifth Amendment. The Clerk of Court is directed to terminate ECF No. 89.

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878

SO ORDERED

August 21, 2026

**Via CM/ECF** August 20, 2026

Hon. Jesse M. Furman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *R.R.M.C. v. Blanche*, Case No. 26-mc-00114 (JMF)
Reply in support of motion to compel response to Respondent's Interrogatory No. 21

Dear Judge Furman:

This Court should order Petitioner either to serve a response to the relevant portion of the interrogatory or to serve an invocation of the Fifth Amendment privilege. Petitioner has cited no authority showing he may avoid serving a response to an interrogatory through his counsel's representation of an intent to invoke a privilege. Rather, he must answer the interrogatory like all interrogatories are answered—by serving a response, serving an objection,[1] or invoking a privilege.

Respectfully submitted,

**Brett A. Shumate**
Assistant Attorney General

**Benjamin Mark Moss**
Acting Senior Counsel for District-Court Litigation

**Anthony C. Payne**
Assistant Director

**Jeffery R. Leist**
Senior Litigation Counsel

s/Christopher Ian Pryby
**Christopher Ian Pryby**
California Bar No. 334613
D.C. Bar No. 90030774
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 598-5526
christopher.i.pryby@usdoj.gov

*Counsel for Respondent*

[1] By declining to argue any objection in response to the motion to compel, Petitioner has failed to meet his burden of showing that any objection previously raised should be sustained.