**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878

**Via CM/ECF**

August 27, 2026

Hon. Jesse M. Furman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *R.R.M.C. v. Blanche*, Case No. 26-mc-00114 (JMF)
Motion requesting subpoena for deposition

Dear Judge Furman:

The Attorney General moves this Court to issue a subpoena commanding Ambien Mitchell to attend a videoconference deposition under the authority provided by Fed. R. App. P. 48(a). Counsel for Petitioner and counsel for Ms. Mitchell have represented their availability to participate in the deposition on September 2, 2026, at 10:00 a.m. Eastern Time.

The requested subpoena is attached.

Respectfully submitted,

s/Christopher Ian Pryby
**Christopher Ian Pryby**
California Bar No. 334613
D.C. Bar No. 90030774
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 598-5526
christopher.i.pryby@usdoj.gov

*Counsel for Respondent*

**Brett A. Shumate**
Assistant Attorney General

**Benjamin Mark Moss**
Acting Senior Counsel for District-Court Litigation

**Anthony C. Payne**
Assistant Director

**Jeffery R. Leist**
Senior Litigation Counsel

Application GRANTED. The Court's staff will email a so ordered copy of the subpoena to counsel. The Clerk of Court is directed to terminate ECF No. 103. SO ORDERED.

August 28, 2026