**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878

**By CM/ECF**

September 10, 2026

Hon. Jesse M. Furman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *R.R.M.C. v. Blanche*, Case No. 26-mc-00114 (JMF)
Motion requesting subpoena for deposition and production directed to David Raskin

Dear Judge Furman:

The Attorney General moves this Court to issue a subpoena commanding David Raskin to attend a videoconference deposition under the authority provided by Fed. R. App. P. 48(a). Counsel for Petitioner have indicated their own availability and Mr. Raskin's availability to participate in the deposition on September 14, 2026, at 10:00 a.m. Eastern Time.

The Attorney General further moves for a subpoena *duces tecum* commanding David Raskin to produce specified documents at his deposition. These documents are listed in Attachment A to the proposed subpoena.

The requested subpoena is filed separately; the sealed version is unredacted, and the public version redacts Petitioner's name.

Petitioner's counsel stated that they do not oppose the service of a subpoena for the deposition or for documents but also stated they do not feel one is necessary.

Application GRANTED as unopposed.
The Clerk of Court is directed to
terminate ECF No. 130.

SO ORDERED

September 11, 2026

Respectfully submitted,

**Brett A. Shumate**
Assistant Attorney General

**Anthony C. Payne**
Assistant Director

**Jeffery R. Leist**
Senior Litigation Counsel

**Benjamin Mark Moss**
Assistant Director

s/Christopher Ian Pryby
**Christopher Ian Pryby**
California Bar No. 334613
D.C. Bar No. 90030774
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 598-5526
christopher.i.pryby@usdoj.gov

*Counsel for Respondent*